**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1539**

JAMES T. LUTHER,

              Plaintiff - Appellant,

         v.

WELLS FARGO BANK, N.A.; ATLANTIC LAW GROUP, LLC,

              Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Danville.   Michael F. Urbanski, District Judge. (4:13-cv-00072-MFU-RSB)

Submitted:  November 24, 2015      Decided:  December 2, 2015

Before KING, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James T. Luther, Appellant Pro Se.  Terry Catherine Frank, KAUFMAN & CANOLES, PC, Richmond, Virginia; Hunter Wilmer Sims, Jr., KAUFMAN & CANOLES, PC, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James T. Luther appeals from the district court's order granting in part the Defendants' motion to dismiss, its order accepting the recommendation of the magistrate judge and granting summary judgment to the Defendants on the remaining claims, and its order denying reconsideration. Many of Luther's claims on appeal were never properly presented to the district court; thus, we do not consider those claims. Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993).

As to the properly presented claims, we have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Luther v. Wells Fargo Bank, N.A., No. 4:13-cv-00072-MFU-RSB (W.D. Va. Nov. 17, 2014, Apr. 9, 2015, Apr. 21, 2015). We deny Luther's motion to show cause. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED